# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOUGLAS LEE BLAIR,<br>          Plaintiff(s),<br>v.<br><br>ASSURANCE IQ LLC,<br>          Defendant(s). | CASE NO. C23-0016-KKE<br><br>ORDER FOR JOINT STATUS REPORT |

This matter comes before the Court sua sponte. On March 15, 2023, the Court ordered the Plaintiffs to file their motion for class certification by January 17, 2024. Dkt. No. 17. On October 11, 2023, the Court entered its order on Defendant's motion to dismiss, granting leave for Plaintiffs to file an amended complaint within 14 days. Dkt. No. 28. As of the date of this Order, neither an amended complaint, nor a motion for class certification, nor request for an extension have been filed.

Accordingly, the Court ORDERS the parties to submit a joint status report by February 16, 2024, describing the case status and whether any additional scheduling order is needed.

Dated this 2nd day of February, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge