The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS LEE BLAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE IQ LLC,<br><br>Defendant. | CASE NO. 2:23-cv-00016-LK<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Blair hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: February 8, 2024

Respectfully submitted,

By: /s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

---

Notice of Dismissal
No. 2:23-cv-00016-LK

-1-

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

Eric Draluck
WSBA # 19881
271 Winslow Way E., #11647
Bainbridge Island, WA 98110
Telephone 206-605-1424
Email: eric@dralucklaw.com

*Attorneys for Plaintiff and the putative Class*